JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATHOM SEO, LLC, an Ohio Limited Liability Company, d/b/a FATHOM<br><br>Plaintiff,<br><br>v.<br><br>SMITHGEIGER, LLC, a California Limited Liability Company,<br><br>Defendant. | Case No.: 21-CV-03334-AB (RAOx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1

~~[PROPOSED]~~ ORDER:

THE COURT having considered the Parties' Stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A(ii), and for GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action is hereby dismissed in its entirety with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Dated: August 30, 2021

_____
Honorable André Birotte Jr.
United States District Judge